UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PATSY MORRIS, SANDRA MUNSTER,        :
WENDY NAQUIN, JOYCE PAIGE, LINDA     :
PELLEGRIN, GLORIA PITELLO, GLENDA    :
PRICE, LESLIE PRICE, DOROTHY RAINEY, :
GEORGE REID,                         :
                                     :
        Plaintiffs.                  :    Civil Action
v.                                   :    No. 04-11231-GAO
                                     :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;   :
WYETH, INC., F/K/A AMERICAN HOME     :
PRODUCTS CORPORATION; WYETH          :
PHARMACEUTICALS, INC F/K/A WYETH-    :
AYERST PHARMACEUTICALS, INC., A      :
DIVISION OF AMERICAN HOME PRODUCTS   :
CORPORATION; AND BOEHRINGER          :
INGELHEIM PHARMACEUTICALS, INC.,     :
                                     :
        Defendants.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 28, 2004                              Respectfully submitted,
      Boston, Massachusetts

                                                                            /s/Matthew J. Matule
                                                                           Matthew J. Matule (BBO #632075)
                                                                           SKADDEN, ARPS, SLATE,
Of Counsel:                                            MEAGHER & FLOM LLP
Barbara Wrubel                                    One Beacon Street
Katherine Armstrong                               Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                             (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                    Counsel for Defendant
                                                                           Boehringer Ingelheim Pharmaceuticals, Inc.